IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMARC M. MASON,

      Plaintiff,                      No. CIV S-08-2604 DAD P

    vs.

J. LEWIS, et al.,

      Defendants.                <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file his application to proceed in forma pauperis pursuant to the court's order of November 17, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 8, 2008, request for an extension of time (Docket No. 10) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: December 16, 2008.

                                                      _____
                                                      DALE A. DROZD
DAD:kly                                         UNITED STATES MAGISTRATE JUDGE
maso2604.36ifp